UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER   14-0065-02 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ANTHONY SEGURA | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant Anthony Segura and adjudges him guilty of the offense charged in Counts 2 & 5 of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant Anthony Segura's agreement to forfeit and abandon his interest in the firearm(s) and property described in the Indictment.

MONROE, LOUISIANA, this 28th day of August, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE